IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ALBERT WINSTON WRIGHT,
Inmate No. 12986,
    Plaintiff,

vs.     Case No.: 3:19cv3540/MCR/EMT

WALTON COUNTY SHERIFFS
OFFICE, et al.,
    Defendants.
_____/

## **REPORT AND RECOMMENDATION**

This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). By order of this court dated September 26, 2019, Plaintiff was given thirty (30) days in which to either pay the filing fee or submit a completed motion for leave to proceed in forma pauperis (*see* ECF No. 4). Plaintiff failed to pay the filing fee or submit a motion to proceed in forma pauperis by the deadline; hence, on November 1, 2019, the court issued an order requiring Plaintiff to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 5). That mail, addressed to Plaintiff's most recent address of record (*see* ECF No. 3), was returned as undeliverable and unable to be forwarded (ECF No. 6). The time for compliance with the show cause

order has now elapsed, and Plaintiff has failed to file pay the filing fee or submit a motion to proceed in forma pauperis.  Moreover, the court is now unable to reach Plaintiff; as a result, issuance of any further orders would be futile.

Accordingly, it is respectfully **RECOMMENDED**:

1. That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court and failure to keep the court apprised of his current address.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 9th day of December 2019.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.